UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEGEND'S CREEK HOMEOWNERS ASSOCIATION, INC., | ) ) ) |
| Plaintiff, | ) CAUSE NO.: 1:18-cv-2782 ) |
| v. | ) ) |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA | ) ) ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant, Travelers Casualty Insurance Company of America ("Defendant"), by counsel, files this *Notice of Removal* to remove the above-captioned lawsuit to this Court. Defendant, appearing only to effect removal, and preserving all defenses, states:

### VENUE

1. On July 23, 2018, Plaintiff filed its Complaint against Defendant in the Superior Court of Marion County, Indiana, under cause number 49D12-1807-PL-029055 (the "State Court Action").

2. Removal of the State Court Action to the Southern District of Indiana, Indianapolis Division, is proper under 28 U.S.C. § 1441(a), because the Southern District of Indiana, Indianapolis Division, embraces Marion County, where the State Court Action is pending.

## REMOVAL IS TIMELY

3. Less than 30 days ago, on August 22, 2018, Defendant was served by certified mail with a Summons and Plaintiff's Complaint in the State Court Action.

4. There have been no other proceedings in the State Court Action.

5. Thus, Defendant's Notice of Removal is timely under 28 U.S.C. § 1446(b).

## DIVERSITY JURISDICTION EXISTS BETWEEN THE PROPER PARTIES

6. Under 28 U.S.C. § 1332(a), this Court has original jurisdiction over the State Court Action because Plaintiff and Defendant are citizens of different states and the amount in controversy is over $75,000, exclusive of interest and costs.

7. Plaintiff, Legend's Creek Homeowners Association, Inc., is a citizen of Indiana because it is an Indiana non-profit corporation with its principal place of business in Indiana.

8. Defendant, Travelers Casualty Insurance Company of America, is a citizen of Connecticut because it is a Connecticut corporation with its principal place of business in Connecticut.

9. The State Court Action is a dispute over insurance coverage for property damage. In the State Court Action, Plaintiff alleges that it made a claim under its commercial insurance policy with Defendant because hail and wind damaged its buildings. Plaintiff also alleges that Defendant estimated that the cost of replacing the damage to Plaintiff's buildings, including the damage to the siding on their north side, was $956,886.78, but that Defendant did not account for the fact that the original siding had been discontinued and could not be matched with any replacement siding. Plaintiff asserts that Defendant breached the policy and the implied duty of good faith by failing to pay to paint the siding on the north side of Plaintiffs' buildings and by failing to pay to replace the undamaged siding on the other three sides to create a uniform

appearance. Besides seeking compensatory damages for the cost of replacing the siding on all four sides of its buildings, Plaintiff seeks punitive damages for Defendant's alleged bad faith. Thus, the amount in controversy, exclusive of interests and costs, is over $75,000. *See* Complaint, a copy of which is attached hereto as *Exhibit A*.

10. The State Court Action does not fall within any class of actions under which applicable rules, laws, or statutes limit or prohibit removal to this Court.

11. For these reasons, the State Court Action is properly removed to this Court under 28 U.S.C. §§ 1367, 1441, and 1446, because: (1) the State Court Action is a civil action between citizens of different states; (2) the amount in controversy in the State Court Action is over $75,000, exclusive of interest and costs; and (3) the State Court Action is a civil action pending within the jurisdiction of the Indianapolis Division of the United States District Court for the Southern District of Indiana.

**STATUTORY REQUIREMENTS**

12. Under 28 U.S.C. § 1446(a), all pleadings and other related documents served or filed in the State Court Action as of the date of this Notice of Removal are attached as *Exhibit A* (the Complaint) and *Exhibit B* (the Summons and Appearances).

13. Under 28 U.S.C. § 1446(d), Defendant will file a copy of this Notice of Removal with the Superior Court of Marion County, Indiana, and Defendant will serve Plaintiff with both this Notice of Removal and the Notice of Filing Notice of Removal.

Thus, Defendant, Travelers Casualty Insurance Company of America, by counsel, gives notice of the removal of the above-captioned lawsuit, pending in the Superior Court of Marion County, Indiana, to the United States District Court for the Southern District of Indiana, Indianapolis Division.

**LEWIS WAGNER, LLP**

By: */s/ Eric C. McNamar*
    JOHN C. TRIMBLE, #1791-49
    ERIC C. MCNAMAR, #22467-49
    501 Indiana Avenue, Suite 200
    Indianapolis, Indiana 46202
    Telephone: 317-237-0500
    Facsimile: 317-630-2790
    Email: jtrimble@lewiswagner.com;
    emcnamar@lewiswagner.com
    *Counsel for Defendant*

## CERTIFICATE OF SERVICE

On September 10, 2018, the *Notice of Removal* was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

| | |
|---|---|
| David E. Miller<br>SAEED & LITTLE, LLP<br>1433 North Meridian Street<br>Suite 202<br>Indianapolis, IN  46202<br>david@sllawfirm.com<br>*Attorney for Plaintiff* | William D. Beyers<br>BUCHANAN AND<br>BRUGGENSCHMIDT, P.C.<br>80 East Cedar Street<br>Zionsville, IN  46077<br>bbeyers@bbinlaw.com<br>*Attorney for Plaintiff* |

By: */s/ Eric C. McNamar*
    ERIC C. MCNAMAR

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202
Telephone: 317-237-0500
Facsimile: 317-630-2790
jtrimble@lewiswagner.com;
emcnamar@lewiswagner.com