## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| LEGEND'S CREEK HOMEOWNERS ASSOCIATION, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:18-cv-02782-TWP-MPB |
| | ) |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, | )<br>)<br>) |
| Defendant. | ) |

### ORDER ON MOTION TO WITHDRAW AS COUNSEL

Travelers Casualty Insurance Company of America ("Travelers"), having filed its *Motion to Withdraw as Counsel* Matthew P. Fortin, formerly of Foran Glennon Palandech Ponzi & Rudloff PC, as counsel of record for Travelers, and the Court having considered the same, now GRANTS the Motion.

Date: 2/1/2021

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF