**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| LEGEND'S CREEK HOMEOWNERS ASSOCIATION, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE TRAVELERS INDEMNITY COMPANY )<br>OF AMERICA, )<br>)<br>Defendant. ) | Case No. 1:18-cv-02782-TWP-MPB |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Legend's Creek Homeowners Association, Inc., Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Entry On Defendant's Motion for Summary Judgment and Appeal of the Magistrate Judge's Decision and related Final Judgment Pursuant to Fed. R. Civ. Pro. 58, entered in this action on the sixth day of October, 2020.

Notice is hereby given that Legend's Creek Homeowners Association, Inc., Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Entry On Plaintiff's Motion To Amend Or Alter Judgment entered in this action on January 29, 2021.

Notice is hereby given that Legend's Creek Homeowners Association, Inc., Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh

Circuit from the Amended Entry On Defendant's Motion For Summary Judgment And Appeal Of The Magistrate Judge's Decision, entered in this action on January 29, 2021.

        Respectfully submitted,

        /s/ *David E. Miller*
        David Miller #31855-32
        Saeed & Little, LLP
        133 West Market Street
        Indianapolis, IN 46204
        Telephone: (317) 371-5535
        david@sllawfirm.com

        William D. Beyers, #28466-49
        BUCHANAN & BRUGGENSCHMIDT, P.C.
        80 E. Cedar St.
        Zionsville, Indiana 46077
        Telephone: (317) 873-8396
        Facsimile: (317) 873-2276
        bbeyers@bbinlaw.com

        Attorneys for Plaintiff

## **FEDERAL CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

        /s/ *David E. Miller*
        David Miller